## RETURN OF SERVICE

State of FL          County of Southern          District Court

Case Number: 23-cv-81076-DMM

Plaintiff:
**PAUL GABLE, an individual,**

vs.

Defendant:
**VW CREDIT, INC., a foreign for-profit corporation**

For:
NEWHART LEGAL, P.A.

KDY2023035316

Received by AED INVESTIGATIONS, INC on the 25th day of July, 2023 at 3:42 pm to be served on **VW CREDIT, INC. CORPORATION SERVICE COMPANY - Registered Agent, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525.**

I, JAMES J. KADY, do hereby affirm that on the **26th day of July, 2023** at **12:30 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **Summons in a Civil Action, Complaint, Exhibits** to: **Cierra Young** as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS STREET, Tallahassee, FL 32301.** on behalf of **CORPORATION SERVICE COMPANY - Registered Agent**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Black, Height: 5'3", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES J. KADY
Process Server #65

AED INVESTIGATIONS, INC
P.O. Box 4132
Hallandale, FL 33008
(305) 495-1838

Our Job Serial Number: KDY-2023035316

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PAUL GABLE,<br>An Individual, | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | )<br>) | Civil Action No.  23-cv-81076-DMM |
| VW CREDIT, INC.,<br>A Foreign For-Profit Corporation | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

JK 65

JUL 2 6 2023   12:30 Pm

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  VW CREDIT, INC.
c/o CORPORATION SERVICE COMPANY - Registered Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470
P: (561) 331-1806
F: (561) 473-2946

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 25, 2023

Angela E. Noble
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts